**DebtEd, NTCAPR, APLDIST, CredAdd, JURY**

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Bankruptcy Petition #: 24−41202

*Date filed:* 11/21/2024
*341 meeting:* 12/20/2024
*Deadline for filing claims (govt.):* 05/20/2025

*Assigned to:* Chief Judge Elizabeth D. Katz
Chapter 13
Voluntary
Asset

***Debtor***
**Kyra Isabel Nelson**
65 Lovers Lane
Groton, MA 01450
MIDDLESEX−MA
617−821−2341
SSN / ITIN: xxx−xx−7560

represented by **Kyra Isabel Nelson**
PRO SE

***Assistant U.S. Trustee***
**Richard King**
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

***Trustee***
**David A. Mawhinney−Ch13**
Chapter 13 Trustee
P.O. Box 964
Worcester, MA 01613
(508) 791−3300

represented by **David A. Mawhinney−Ch13**
Chapter 13 Trustee
P.O. Box 964
Worcester, MA 01613
(508) 791−3300
Email: davidmawhinney@ch13worc.com

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 11/21/2024 | | 1 | Chapter 13 Voluntary Petition Individual with deficiencies. Includes Certificate of Credit Counseling and Matrix. Filing Fee in the Amount of $313 Filed by Kyra Isabel Nelson. (slh, usbc) (Entered: 11/21/2024) |
| 11/21/2024 | | 2 | Order to Update Re: 1 Chapter 13 Voluntary Petition. Chapter 13 Plan,. Schedules A/B−J, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 and Evidence of Current and Sufficient Liability and Property Insurance Due 12/5/2024. Incomplete Filings due by 11/29/2024 and 12/5/2024. (slh, usbc) (Entered: 11/21/2024) |
| 11/21/2024 | | 3 | Statement of Social Security Number(s) filed by Debtor Kyra Isabel Nelson. (slh, usbc) (Entered: 11/21/2024) |
| 11/21/2024 | | 5 | Meeting of Creditors scheduled on 12/20/2024 at 11:30 AM as a Telephonic Meeting. Deadline to challenge dischargeability of certain debts is 2/18/2025. Proofs of Claims due by 1/30/2025. (Scheduled |

1

| | | | |
|---|---|---|---|
| | | | Automatic Assignment, shared account) (Entered: 11/21/2024) |
| 11/21/2024 | | | Receipt of Chapter 13 Filing Fee − $313.00 by SH. Receipt Number 41000242. (adi) (Entered: 11/22/2024) |
| 11/22/2024 | | 6 | Notice to Pro Se Debtors. (ADI) (Entered: 11/22/2024) |
| 11/23/2024 | | 7 | BNC Certificate of Mailing − Meeting of Creditors. (Re: 5 Meeting (AutoAssign Chapter 13)) Notice Date 11/23/2024. (Admin.) (Entered: 11/24/2024) |
| 11/24/2024 | | 8 | BNC Certificate of Mailing − Notice (Re: 6 Notice to ProSe Debtors.) Notice Date 11/24/2024. (Admin.) (Entered: 11/25/2024) |
| 11/25/2024 | | 9 | MDOR Notice of Unfiled Prepetition Tax Returns and Request for same pursuant to 11 U.S.C. Section 1308 with certificate of service (Bush, Shawndy) (Entered: 11/25/2024) |
| 11/26/2024 | | 10 | Notice of Appearance and Request for Notice by Joseph Dolben with certificate of service filed by Creditor Wells Fargo Bank, N.A. (Dolben, Joseph) (Entered: 11/26/2024) |
| 12/04/2024 | | | Telephonic Meeting Information for Section 341 Meeting of Creditors: Dial−in Number: 877−915−8095 Participant Code: 2864774. For International Call Information Please Contact the Trustee. . (Mawhinney−Ch13, David) (Entered: 12/04/2024) |
| 12/05/2024 | | 11 | Notice of Appearance and Request for Notice by Marcus Pratt with certificate of service filed by Creditor Wells Fargo Bank, N.A. (Pratt, Marcus) (Entered: 12/05/2024) |
| 12/05/2024 | | 12 | Schedules A/B−J , Statement of Financial Affairs for Individual , Summary of Assets and Liabilities Schedules for Individual , Declaration Concerning Debtor`s Schedules (Re: 2 Order to Update) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 12/06/2024) |
| 12/05/2024 | | 13 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C−1. Disposable Income Is Not Determined and Evidence of Current and Sufficient Liability and Property Insurance (Re: 2 Order to Update) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 12/06/2024) |
| 12/05/2024 | | 14 | Chapter 13 Plan Without Certificate of Service (RE: 2 Order to Update) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 12/06/2024) |
| 12/05/2024 | | 16 | Declaration Re: Electronic Filing filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 12/06/2024) |
| 12/06/2024 | | 15 | Court's Order of Deficiency dated 12/6/2024 Re: 14 Chapter 13 Plan filed by Debtor Kyra Isabel Nelson. The deadline to cure the deficiency is 12/13/2024. See Order for Full Text. (pf) (Entered: 12/06/2024) |
| 12/06/2024 | | 17 | Certificate of Service (Re: 14 Chapter 13 Plan) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 12/06/2024) |
| 12/08/2024 | | 18 | BNC Certificate of Mailing. (Re: 15 Court's Order of Deficiency) Notice Date 12/08/2024. (Admin.) (Entered: 12/09/2024) |

| | | | |
|---|---|---|---|
| 12/19/2024 | | 19 | Objection to Confirmation of Plan with certificate of service (RE: 14 Chapter 13 Plan) filed by Creditor Wells Fargo Bank, N.A. (Pratt, Marcus) (Entered: 12/19/2024) |
| 12/20/2024 | | | Meeting of Creditors Held and Examination of Debtor Debtor appeared. (Mawhinney−Ch13, David) (Entered: 12/20/2024) |
| 12/20/2024 | | 20 | TELEPHONIC Hearing Scheduled on 1/29/2025 at 11:00 AM Re: 19 Objection of Wells Fargo Bank, NA to Confirmation of Chapter 13 Plan (spr) (Entered: 12/20/2024) |
| 12/23/2024 | | 21 | Certificate of Service of Notice of Hearing (Re: 19 Objection to Confirmation of the Plan) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Notice of Hearing) (Pratt, Marcus) (Entered: 12/23/2024) |
| 12/31/2024 | | 22 | MDOR Withdrawal of Notice of Unfiled Prepetition State Tax Returns with certificate of service. (Williams, Bunthany) (Entered: 12/31/2024) |
| 01/02/2025 | | 23 | Notice of Withdrawal of Claim 2 By Massachusetts Department of Revenue. (Williams, Bunthany) (Entered: 01/02/2025) |
| 01/06/2025 | | 24 | Response with certificate of service filed by Debtor Kyra Isabel Nelson Re: 19 Objection to Confirmation of Plan filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit 1−2 # 2 Exhibit 3−6). (pf) (Entered: 01/07/2025) |
| 01/08/2025 | | 25 | Additional Exhibits (Re: 24 Response to 19 Objection to Confirmation of Plan filed by Creditor Wells Fargo Bank, N.A.) filed by Debtor Kyra Isabel Nelson (Attachments: # 1 Exhibit 1−3 # 2 Exhibit 4−6 # 3 Exhibit 7−9 # 4 Exhibit 10−14) (pf) (Entered: 01/10/2025) |
| 01/16/2025 | | 26 | Chapter 13 Trustee's Motion for Order Dismissing Case for Feasibility with certificate of service and proposed order. Objections due by 02/10/2025. (Psilos, Joanne) (Entered: 01/16/2025) |
| 01/16/2025 | | 27 | Motion filed by Trustee David A. Mawhinney−Ch13 to Extend Time to Object to Confirmation and Exemptions [Re: 14 Chapter 13 Plan] with certificate of service. (Psilos, Joanne) (Entered: 01/16/2025) |
| 01/24/2025 | | 28 | Reply with certificate of service filed by Creditor Wells Fargo Bank, N.A. Re: 24 Response with certificate of service filed by Debtor Kyra Isabel Nelson Re: 19 Objection to Confirmation of Plan filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit 1−2 # 2 Exhibit 3−6). (pf), 25 Additional Exhibits (Re: 24 Response to 19 Objection to Confirmation of Plan filed by Creditor Wells Fargo Bank, N.A.) filed by Debtor Kyra Isabel Nelson (Attachments: # 1 Exhibit 1−3 # 2 Exhibit 4−6 # 3 Exhibit 7−9 # 4 Exhibit 10−14) (pf) (Attachments: # 1 Exhibits A − J) (Pratt, Marcus) (Entered: 01/24/2025) |
| 01/27/2025 | | 29 | Statement attesting to the efforts made to initiate the conference (Re: 19 Objection to Confirmation of the Plan) filed by Creditor Wells Fargo Bank, N.A. (Pratt, Marcus) (Entered: 01/27/2025) |
| 01/28/2025 | | 30 | Answer with certificate of service filed by Debtor Kyra Isabel Nelson Re: 28 Creditor's Reply to 24 Debtor's Response Re: 19 Objection to Confirmation of Plan filed by Creditor Wells Fargo Bank, N.A. (pf) (Entered: 01/29/2025) |

| | | | |
|---|---|---|---|
| 01/29/2025 | | 31 | Motion filed by Creditor Wells Fargo Bank, N.A. for Relief from Stay in Rem Re: 65 Lovers Lane, Groton, MA 01450 with certificate of service and proposed order Fee Amount $199, Objections due by 02/12/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Pratt, Marcus) (Entered: 01/29/2025) |
| 01/29/2025 | | | Receipt of filing fee for Motion for Relief From Stay( 24−41202) [motion,mrlfsty] ( 199.00). Receipt Number A20816700, amount $ 199.00 (re: Doc# 31) (U.S. Treasury) (Entered: 01/29/2025) |
| 01/29/2025 | | | Transcript Requested by Kyra Isabel Nelson. Transcriptionist awaiting payment upon completion of transcript. (Janice Russell Transcripts) (Entered: 01/29/2025) |
| 01/29/2025 | | | Hearing Continued to 06/04/2025 at 11:00 AM at a Telephonic Hearing Re: 19 Objection to Confirmation of the Plan Filed by Creditor Wells Fargo Bank, N.A. (pf) (Entered: 01/30/2025) |
| 01/30/2025 | | 32 | Proceeding Memorandum and Order dated 1/30/2025 Re: 19 Objection to Confirmation of the Plan filed by Creditor Wells Fargo Bank, N.A. THIS HEARING IS CONTINUED TO JUNE 4, 2025 AT 11:00 AM. THE CONTINUED HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 646−828−7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED. THE DEADLINE FOR WELLS FARGO TO FILE A SUPPLEMENTAL PLEADING IS 05/07/25. THE DEBTOR HAS UNTIL 05/21/25 TO FILE A RESPONSE TO THE BANK'S SUPPLEMENT. (pf) (Entered: 01/30/2025) |
| 01/30/2025 | | 33 | Notice of Hearing (Re: 31 Motion for Relief From Stay) filed by Creditor Wells Fargo Bank, N.A. (Pratt, Marcus) (Entered: 01/30/2025) |
| 01/30/2025 | | 34 | Certificate of Service of Notice of Hearing (Re: 31 Motion for Relief From Stay) filed by Creditor Wells Fargo Bank, N.A. (Pratt, Marcus) (Entered: 01/30/2025) |
| 01/30/2025 | | 35 | Certificate of Service of Notice of Hearing (Re: 19 Objection to Confirmation of the Plan) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Notice of Hearing) (Pratt, Marcus) (Entered: 01/30/2025) |
| 01/30/2025 | | 36 | TELEPHONIC Hearing Scheduled on 3/5/2025 at 10:00 AM Re: 26 Chapter 13 Trustee's Motion for Order Dismissing Case. (pf) (Entered: 01/30/2025) |
| 01/30/2025 | | 37 | TELEPHONIC Hearing Scheduled on 3/5/2025 at 10:00 AM Re: 31 Motion filed by Creditor Wells Fargo Bank, N.A. for Relief from Stay in Rem (Re: 65 Lovers Lane, Groton, MA). (pf) (Entered: 01/30/2025) |
| 01/30/2025 | | | Transcript Ordered and Acknowledged. Requested by Kyra Isabel Nelson and payment received. The expected completion date is 1/30/2025. (Janice Russell Transcripts) (Entered: 01/30/2025) |
| 01/30/2025 | | 38 | An official transcript (RE: 20 TELEPHONIC Hearing Scheduled Re: 19 Objection of Wells Fargo Bank, NA to Confirmation of Chapter 13 Plan (spr) heard on 01/29/25 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's |

| | | | |
|---|---|---|---|
| | | | Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 02/20/2025 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 05/1/2025. (Janice Russell Transcripts) (Entered: 01/30/2025) |
| 01/31/2025 | | 39 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90−day period. (ADI) (Entered: 01/31/2025) |
| 01/31/2025 | | 40 | Notice of Hearing (Re: 26 Chapter 13 Trustee's Motion for Order Dismissing Case) filed by Trustee David A. Mawhinney−Ch13 (Mawhinney−Ch13, David) (Entered: 01/31/2025) |
| 01/31/2025 | | 41 | Certificate of Service of Notice of Hearing (Re: 31 Motion for Relief From Stay) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Notice of Hearing) (Pratt, Marcus) (Entered: 01/31/2025) |
| 02/01/2025 | | 42 | BNC Certificate of Mailing − PDF Document. (Re: 32 Order on Objection to Confirmation of Plan) Notice Date 02/01/2025. (Admin.) (Entered: 02/02/2025) |
| 02/02/2025 | | 43 | BNC Certificate of Mailing − Notice (Re: 39 Notice of Filing of Official Transcript) Notice Date 02/02/2025. (Admin.) (Entered: 02/03/2025) |
| 02/04/2025 | | 44 | Endorsed Order dated 2/4/2025 Re: 27 Motion filed by Trustee David A. Mawhinney−Ch13 to Extend Time to Object to Confirmation and Exemptions [Re: 14 Chapter 13 Plan]. GRANTED. THE DEADLINE FOR THE TRUSTEE IS EXTENDED TO MARCH 21, 2025. (pf) (Entered: 02/04/2025) |
| 02/06/2025 | | 45 | Amended Schedule(s) A/B−J, Amended Summary of Schedules, Amended Statement of Financial Affairs and Amended Chapter 13 Statement of Current Monthly Income Fee Amount $34 (Re: 12 Schedules A−J, Statement of Financial Affairs, Summary of Assets and Liabilities and 13 Chapter 13 Statement of Monthly Income) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/06/2025) |
| 02/06/2025 | | 46 | Amended Chapter 13 Plan with certificate of service (RE: 14 Chapter 13 Plan) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/06/2025) |
| 02/06/2025 | | 47 | Affidavit and Certification Re: No Domestic Support Obligations filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/06/2025) |
| 02/06/2025 | | 48 | Endorsed Order dated 2/6/2025 Re: 19 Objection to Confirmation of the Plan filed by Creditor Wells Fargo Bank, N.A.  MOOT. SEE AMENDED CHAPTER 13 PLAN FILED FEBRUARY 6, 2025. THE HEARING SET FOR JUNE 4, 2025 IS CANCELED. (pf) (Entered: 02/06/2025) |
| 02/06/2025 | | 49 | Court's Order of Deficiency dated 2/6/2025 Re: 46 Amended Chapter 13 Plan filed by Debtor Kyra Isabel Nelson. The deadline to cure the deficiency is 2/13/2025. See Order for Full Text. (pf) (Entered: 02/06/2025) |
| 02/06/2025 | | 50 | |

| | | | |
|---|---|---|---|
| | | | Court's Order of Deficiency dated 2/6/2025 Re: 45 Amended Schedule(s) A/B−J, Amended Summary of Schedules, Amended Statement of Financial Affairs and Amended Chapter 13 Statement of Current Monthly Income filed by Debtor Kyra Isabel Nelson). The deadline to cure the deficiency is 2/13/2025. See Order for Full Text. (pf) (Entered: 02/06/2025) |
| 02/06/2025 | | 51 | Clerk's Notice of Fees Due (Re: 45 Amended Schedules−Creditor Matrix filed by Debtor Kyra Isabel Nelson). Fee due by 2/20/2025. (pf) (Entered: 02/06/2025) |
| 02/06/2025 | | 52 | BNC Certificate of Mailing − PDF Document. (Re: 44 Order on Motion to Extend) Notice Date 02/06/2025. (Admin.) (Entered: 02/07/2025) |
| 02/06/2025 | | 57 | Objection with certificate of service filed by Debtor Kyra Isabel Nelson Re: 26 Chapter 13 Trustee's Motion for Order Dismissing Case. (pf) (Entered: 02/11/2025) |
| 02/08/2025 | | 53 | BNC Certificate of Mailing − Notice (Re: 51 Clerk's Notice of Fees Due) Notice Date 02/08/2025. (Admin.) (Entered: 02/09/2025) |
| 02/08/2025 | | 54 | BNC Certificate of Mailing. (Re: 49 Court's Order of Deficiency) Notice Date 02/08/2025. (Admin.) (Entered: 02/09/2025) |
| 02/08/2025 | | 55 | BNC Certificate of Mailing. (Re: 50 Court's Order of Deficiency) Notice Date 02/08/2025. (Admin.) (Entered: 02/09/2025) |
| 02/08/2025 | | 56 | BNC Certificate of Mailing − PDF Document. (Re: 48 Order on Objection to Confirmation of Plan) Notice Date 02/08/2025. (Admin.) (Entered: 02/09/2025) |
| 02/11/2025 | | 58 | Motion filed by Debtor Kyra Isabel Nelson to Amend Chapter 13 Plan [Re: 46 Amended Chapter 13 Plan] with certificate of service. (pf) (Entered: 02/12/2025) |
| 02/11/2025 | | 59 | Motion filed by Debtor Kyra Isabel Nelson to Amend Schedules A−J, Statement of Financial Affairs and Means Test 22C with Amended Matrix [Re: 45 Amended Schedules−Creditor Matrix]. (pf) (Entered: 02/12/2025) |
| 02/11/2025 | | 60 | Affidavit and Certification Re: No Domestic Support Obligations filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/12/2025) |
| 02/11/2025 | | 61 | Objection to Claim 3 of Claimant Wells Fargo Bank, N.A.. with certificate of service filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/12/2025) |
| 02/12/2025 | | 62 | Response and Objection with certificate of service filed by Debtor Kyra Isabel Nelson Re: 31 Motion filed by Creditor Wells Fargo Bank, N.A. for Relief from Stay in Rem Re: 65 Lovers Lane, Groton, MA. (pf) (Entered: 02/13/2025) |
| 02/13/2025 | | 63 | Second Amended Chapter 13 Plan with certificate of service. (RE: 14 Chapter 13 Plan) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/13/2025) |
| 02/13/2025 | | 64 | Motion filed by Debtor Kyra Isabel Nelson to Amend Chapter 13 Plan [Re: 63 Second Amended Chapter 13 Plan]. (pf) (Entered: 02/13/2025) |

| | | | |
|---|---|---|---|
| 02/13/2025 | | <u>65</u> | Motion filed by Debtor Kyra Isabel Nelson to Amend Schedule D [Re: <u>12</u> Schedules A−J] Fee Amount $34 with certificate of service. (pf) (Entered: 02/13/2025) |
| 02/13/2025 | | <u>66</u> | Endorsed Order dated 2/13/2025 Re: <u>58</u> Motion filed by Debtor Kyra Isabel Nelson to Amend Chapter 13 Plan [Re: <u>46</u> Amended Chapter 13 Plan]. MOOT. SEE FURTHER AMENDED CHAPTER 13 PLAN AND MOTION TO AMEND FILED FEBRUARY 13, 2025. (pf) (Entered: 02/13/2025) |
| 02/13/2025 | | <u>67</u> | Court's Order of Deficiency dated 2/13/2025 Re: <u>59</u> Motion filed by Debtor Kyra Isabel Nelson to Amend Schedules A−J, Statement of Financial Affairs and Means Test 22C. The deadline to cure the deficiency is 2/20/2025. See Order for Full Text. (pf) (Entered: 02/13/2025) |
| 02/13/2025 | | <u>68</u> | Court's Order of Deficiency dated 2/13/2025 Re: <u>64</u> Motion filed by Debtor Kyra Isabel Nelson to Amend Chapter 13 Plan [Re: <u>63</u> Second Amended Chapter 13 Plan]. The deadline to cure the deficiency is 2/20/2025. See Order for Full Text. (pf) (Entered: 02/13/2025) |
| 02/13/2025 | | <u>69</u> | Court's Order of Deficiency dated 2/13/2025 Re: <u>65</u> Motion filed by Debtor Kyra Isabel Nelson to Amend Schedule D. The deadline to cure the deficiency is 2/20/2025. See Order for Full Text. (pf) (Entered: 02/13/2025) |
| 02/13/2025 | | <u>70</u> | Clerk's Notice of Fees Due Re: <u>65</u> Motion filed by Debtor Kyra Isabel Nelson to Amend Schedule D. Fee due by 2/27/2025. (pf) (Entered: 02/13/2025) |
| 02/14/2025 | | <u>71</u> | TELEPHONIC Hearing Scheduled on 4/2/2025 at 10:00 AM Re: <u>61</u> Objection of Debtor to Claim (No.3) filed by Wells Fargo Bank, NA. Response deadline is 03/24/5 at 4:00PM. (spr) (Entered: 02/14/2025) |
| 02/14/2025 | | <u>72</u> | Court Certificate of Mailing (Re: <u>71</u> Hearing Scheduled). (ag) (Entered: 02/14/2025) |
| 02/15/2025 | | <u>73</u> | BNC Certificate of Mailing − Notice (Re: <u>70</u> Clerk's Notice of Fees Due) Notice Date 02/15/2025. (Admin.) (Entered: 02/16/2025) |
| 02/15/2025 | | <u>74</u> | BNC Certificate of Mailing. (Re: <u>67</u> Court's Order of Deficiency) Notice Date 02/15/2025. (Admin.) (Entered: 02/16/2025) |
| 02/15/2025 | | <u>75</u> | BNC Certificate of Mailing. (Re: <u>68</u> Court's Order of Deficiency) Notice Date 02/15/2025. (Admin.) (Entered: 02/16/2025) |
| 02/15/2025 | | <u>76</u> | BNC Certificate of Mailing. (Re: <u>69</u> Court's Order of Deficiency) Notice Date 02/15/2025. (Admin.) (Entered: 02/16/2025) |
| 02/15/2025 | | <u>77</u> | BNC Certificate of Mailing − PDF Document. (Re: <u>66</u> Order on Motion to Amend) Notice Date 02/15/2025. (Admin.) (Entered: 02/16/2025) |
| 02/19/2025 | | <u>78</u> | Summary of Assets and Liabilities Schedules for Individual and Declaration Concerning Debtor`s Schedules (Re: <u>65</u> Motion to Amend Schedule D) filed by Debtor Kyra Isabel Nelson. (pf) Additional attachment(s) added on 2/19/2025 (pf). (Entered: 02/19/2025) |
| 02/19/2025 | | <u>79</u> | |

| | | | |
|---|---|---|---|
| | | | Supplemental Certificate of Service (Re: 63 Amended Chapter 13 Plan) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/19/2025) |
| 02/20/2025 | | | Receipt of Amendment Filing Fee − $34.00 by LC. Receipt Number 31000183. (adi) (Entered: 02/21/2025) |
| 02/24/2025 | | 80 | Certificate of Service (Re: 59 Motion to Amend Schedules A/B−J and 65 Motion to Amend Schedule D) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 02/25/2025) |
| 02/27/2025 | | | Receipt of Amendment Filing Fee − $34.00 by LC. Receipt Number 31000185. (adi) (Entered: 02/28/2025) |
| 03/05/2025 | | 81 | Supplemental Document: with certificate of service (Re: 31 Motion for Relief From Stay) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit A − 2023 Warranty Deed # 2 Exhibit B − Order d. 1/13/2014 (Ch. 7 Case No. 12−16220−JNF) # 3 Exhibit C − Discharge d. 10/23/2012 (Ch. 7 Case No. 12−16220−JNF) # 4 Exhibit D − Order d. 12/29/2016 (USDC Case No. 1:14−cv−14087−DJC) # 5 Exhibit E − Order d. 5/25/2017 (USDC Case No. 1:14−cv−14087−DJC) # 6 Exhibit F − Order d. 11/22/2019, Motion for Relief (Ch. 13 Case No. 19−40773−CJP) # 7 Exhibit G − Order d. 11/20/2019, First Objection to Claim (Ch. 13 Case No. 19−40773−CJP) # 8 Exhibit H − Order d. 11/20/2019, Second Objection to Claim (Ch. 13 Case No. 19−40773−CJP) # 9 Exhibit I − Opinion d. 11/6/2020 (BAP Case Nos. 19−057, 19−058, 19−059) # 10 Exhibit J − Order d. 4/24/2024 (Midd. Sup. Case No. 2381CV01919) # 11 Exhibit K − Order d. 9/23/2024 (Wor. Sup. Case No. 2485CV01000) # 12 Exhibit L − Order d. 11/19/2024 (Midd. Sup. Case No. 2481CV03000) # 13 Exhibit M − Order d. 1/29/2025 (Midd. Sup. Case No. 2481CV03000)) (Pratt, Marcus) (Entered: 03/05/2025) |
| 03/05/2025 | | | Hearing Held and Continued to 04/02/2025 at 10:00 AM at a Telephonic Hearing Re: 26 Chapter 13 Trustee's Motion for Order Dismissing Case . (pf) (Entered: 03/05/2025) |
| 03/05/2025 | | 82 | Proceeding Memorandum and Order dated 3/5/2025 Re: 26 Chapter 13 Trustee's Motion for Order Dismissing Case. THIS HEARING IS CONTINUED TO APRIL 2, 2025 AT 10:00 AM. THE CONTINUED HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 646−828−7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED. (pf) (Entered: 03/05/2025) |
| 03/05/2025 | | | Hearing Held and Continued to 04/02/2025 at 10:00 AM at a Telephonic Hearing Re: 31 Motion of Wells Fargo Bank, N.A. for Relief from Stay In Rem (re: 65 Lovers Lane, Groton, MA). (pf) (Entered: 03/05/2025) |
| 03/05/2025 | | 83 | Proceeding Memorandum and Order dated 3/5/2025 Re: 31 Motion of Wells Fargo Bank, N.A. for Relief from Stay In Rem (re: 65 Lovers Lane, Groton, MA). THIS HEARING IS CONTINUED TO APRIL 2, 2025 AT 10:00 AM. THE CONTINUED HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 646−828−7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED. (pf) (Entered: 03/05/2025) |
| 03/05/2025 | | 84 | PDF with attached Audio File. Court Date & Time [03/05/2025 10:00 AM]. File Size [14570.26 kb]. Run Time [00:00:1890]. (#31 Motion of Wells Fargo Bank, N.A. for Relief from Stay In Rem (re: 65 Lovers Lane, |

| | | | |
|---|---|---|---|
| | | | Groton, MA)#62 Response filed by DebtorMARCUS PRATT, Counsel to Wells Fargo Bank, NAKYRA ISABEL NELSON, Pro Se DebtorJOANNE PSILOS, Counsel to Chapter 13 Trustee). (LauraChambers) (Entered: 03/05/2025) |
| 03/06/2025 | | | Transcript Requested by Kyra Isabel Nelson, Debtor. Transcriptionist awaiting payment upon completion of transcript. (Janice Russell Transcripts) (Entered: 03/06/2025) |
| 03/06/2025 | | 85 | Certificate of Service of Notice of Hearing (Re: 31 Motion for Relief From Stay) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Notice of Hearing) (Pratt, Marcus) (Entered: 03/06/2025) |
| 03/07/2025 | | 86 | BNC Certificate of Mailing − PDF Document. (Re: 82 Order on Chapter 13 Trustee's Motion to Dismiss Case) Notice Date 03/07/2025. (Admin.) (Entered: 03/08/2025) |
| 03/07/2025 | | 87 | BNC Certificate of Mailing − PDF Document. (Re: 83 Order on Motion For Relief From Stay) Notice Date 03/07/2025. (Admin.) (Entered: 03/08/2025) |
| 03/10/2025 | | 88 | Trustee's Objection to Confirmation of Plan with certificate of service (RE: 63 Amended Chapter 13 Plan filed by Debtor Kyra Isabel Nelson). (Mawhinney−Ch13, David) (Entered: 03/10/2025) |
| 03/10/2025 | | 89 | Objection to Homestead Exemption with certificate of service filed by Trustee David A. Mawhinney−Ch13. (Mawhinney−Ch13, David) (Entered: 03/10/2025) |
| 03/10/2025 | | 90 | Objection to Claim 1−2 of Claimant U.S. Department of Education with certificate of service filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 03/10/2025) |
| 03/11/2025 | | | Transcript Ordered and Acknowledged. Requested by Kyra Isabel Nelson, Debtor and payment received. The expected completion date is 3/11/2025. (Janice Russell Transcripts) (Entered: 03/11/2025) |
| 03/11/2025 | | 91 | An official transcript (RE: 36 TELEPHONIC Hearing Scheduled Re: 26 Chapter 13 Trustee's Motion for Order Dismissing Case and 37 TELEPHONIC Hearing Scheduled Re: 31 Motion filed by Creditor Wells Fargo Bank, N.A. for Relief from Stay in Rem (Re: 65 Lovers Lane, Groton, MA)) heard on 03/05/25 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 04/1/2025 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 06/10/2025. (Janice Russell Transcripts) (Entered: 03/11/2025) |
| 03/12/2025 | | 92 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90−day period. (ADI) (Entered: 03/12/2025) |
| 03/13/2025 | | 93 | |

| | | | |
|---|---|---|---|
| | | | Objection to Confirmation of Plan with certificate of service (RE: 63 Amended Chapter 13 Plan) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F)(Pratt, Marcus) (Entered: 03/13/2025) |
| 03/13/2025 | | 94 | Response with certificate of service filed by Creditor Wells Fargo Bank, N.A. Re: 61 Objection to Claim 3 of Claimant Wells Fargo Bank, N.A.. with certificate of service filed by Debtor Kyra Isabel Nelson. (pf) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P) (Pratt, Marcus) (Entered: 03/13/2025) |
| 03/13/2025 | | 95 | Reply with certificate of service filed by Debtor Kyra Isabel Nelson Re: 89 Objection to Homestead Exemption filed by Trustee David A. Mawhinney−Ch13. (pf) (Entered: 03/14/2025) |
| 03/14/2025 | | 96 | Order dated 3/14/2025 Re: 90 Objection to Claim 1−2 of Claimant U.S. Department of Education filed by Debtor Kyra Isabel Nelson. Hearing scheduled for 4/23/2025 at 11:30 AM at a Telephonic Hearing. Responses due by 4/21/2025 at 12:00 PM. See Order for Full Text. (pf) (Entered: 03/14/2025) |
| 03/14/2025 | | 97 | Endorsed Order dated 3/14/2025 Re: 59 Motion filed by Debtor Kyra Isabel Nelson to Amend Schedules A−J, Statement of Financial Affairs and Means Test 22C with Amended Matrix [Re: 45 Amended Schedules−Creditor Matrix]. ALLOWED. NO OBJECTIONS HAVE BEEN FILED. (pf) (Entered: 03/14/2025) |
| 03/14/2025 | | 98 | Endorsed Order dated 3/14/2025 Re: 65 Motion filed by Debtor Kyra Isabel Nelson to Amend Schedule D [Re: 12 Schedules A−J]. ALLOWED. NO OBJECTIONS HAVE BEEN FILED. (pf) (Entered: 03/14/2025) |
| 03/14/2025 | | 99 | Notice to Added Creditors by the Court (Re: 59 Motion filed by Debtor Kyra Isabel Nelson to Amend Schedules A−J and 65 Motion filed by Debtor Kyra Isabel Nelson to Amend Schedule D). Deadline to Object to Discharge for New Creditor(s)(Only): 5/13/2025. Proof of Claim Deadline for New Creditor(s)(Only): 5/23/2025. (pf) (Entered: 03/14/2025) |
| 03/14/2025 | | 100 | Copy of Court's 341 Notice sent to added creditor. (pf) (Entered: 03/14/2025) |
| 03/14/2025 | | 101 | Court Certificate of Mailing Re: 96 Order Setting Hearing on Objection to Claim. (pf) (Entered: 03/14/2025) |
| 03/14/2025 | | 102 | TELEPHONIC Hearing Scheduled on 4/23/2025 at 11:30 AM Re: 88 Objection of Chapter 13 Trustee to Confirmation of Second Amended Chapter 13 Plan; and 89 Objection of Chapter 13 Trustee to Debtor's Homestead Exemption (spr) (Entered: 03/14/2025) |
| 03/14/2025 | | 103 | TELEPHONIC Hearing Scheduled on 4/23/2025 at 11:30 AM Re: 93 Objection of Wells Fargo Bank, NA to Confirmation of Second Amended Chapter 13 Plan (spr) (Entered: 03/14/2025) |
| 03/14/2025 | | 104 | BNC Certificate of Mailing − Notice (Re: 92 Notice of Filing of Official Transcript) Notice Date 03/14/2025. (Admin.) (Entered: 03/15/2025) |

| | | | |
|---|---|---|---|
| 03/16/2025 | | 105 | BNC Certificate of Mailing − Notice (Re: 99 Notice to Add Creditors) Notice Date 03/16/2025. (Admin.) (Entered: 03/17/2025) |
| 03/16/2025 | | 106 | BNC Certificate of Mailing − PDF Document. (Re: 97 Order on Motion to Amend) Notice Date 03/16/2025. (Admin.) (Entered: 03/17/2025) |
| 03/16/2025 | | 107 | BNC Certificate of Mailing − PDF Document. (Re: 98 Order on Motion to Amend) Notice Date 03/16/2025. (Admin.) (Entered: 03/17/2025) |
| 03/16/2025 | | 108 | BNC Certificate of Mailing − PDF Document. (Re: 100 Generic PDF) Notice Date 03/16/2025. (Admin.) (Entered: 03/17/2025) |
| 03/17/2025 | | 109 | Notice of Hearing (Re: 88 Trustee's Objection to Confirmation of Plan, 89 Objection to Debtor's Claims of Exemption/Homestead Exemption) filed by Trustee David A. Mawhinney−Ch13 (Mawhinney−Ch13, David) (Entered: 03/17/2025) |
| 03/19/2025 | | 110 | Reply *in Support of Homestead Exemption* with certificate of service filed by Trustee David A. Mawhinney−Ch13 Re: 89 Objection to Homestead Exemption with certificate of service filed by Trustee David A. Mawhinney−Ch13. (Mawhinney−Ch13, David) (Entered: 03/19/2025) |
| 03/19/2025 | | 111 | Supplemental Document: *Second* with certificate of service (Re: 31 Motion for Relief From Stay) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Pratt, Marcus) (Entered: 03/19/2025) |
| 03/19/2025 | | 112 | Certificate of Service of Notice of Hearing (Re: 93 Objection to Confirmation of the Plan) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Notice of Hearing) (Pratt, Marcus) (Entered: 03/19/2025) |
| 03/20/2025 | | 113 | Certificate of Service of Notice of Hearing (Re: 90 Objection to Claim 1−2 of Claimant U.S. Department of Education) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 03/20/2025) |
| 03/24/2025 | | 114 | Objection filed by Debtor Kyra Isabel Nelson Re: 111 Second Supplemental Document (Re: 31 Motion for Relief From Stay filed by Creditor Wells Fargo Bank, N.A.). (pf) (Entered: 03/25/2025) |
| 03/24/2025 | | 115 | Motion filed by Debtor Kyra Isabel Nelson to Withdraw 90 Objection to Claim 1−2 of Claimant U.S. Department of Education with certificate of service. (pf) (Entered: 03/25/2025) |
| 03/24/2025 | | 116 | Motion filed by Debtor Kyra Isabel Nelson to Withdraw 95 Reply to 89 Trustee's Objection to Homestead Exemption with certificate of service. (pf) (Entered: 03/25/2025) |
| 03/26/2025 | | 117 | Third Amended Chapter 13 Plan with certificate of service (RE: 14 Chapter 13 Plan) filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 03/27/2025) |
| 03/26/2025 | | 118 | Motion filed by Debtor Kyra Isabel Nelson to Amend Chapter 13 Plan [Re: 117 Third Amended Chapter 13 Plan] with certificate of service. (pf) (Entered: 03/27/2025) |
| 03/27/2025 | | 119 | |

| | | | |
|---|---|---|---|
| | | | DISREGARD. Court's Order of Deficiency dated 3/27/2025 Re: <u>117</u> Third Amended Chapter 13 Plan and <u>118</u> Motion to Amend Plan filed by Debtor Kyra Isabel Nelson). The deadline to cure the deficiency is 4/3/2025. See Order for Full Text. (pf) CORRECTIVE ENTRY: Disregard − docketed in error. (pf). (Entered: 03/27/2025) |
| 03/28/2025 | | <u>120</u> | Proceeding Memorandum and Order dated 3/28/2025 Re: <u>89</u> Objection to Homestead Exemption filed by Trustee David A. Mawhinney−Ch13. SUSTAINED; THE DEBTOR HAS WITHDRAWN HER RESPONSE (SEE DOCKET ENTRY #116). THE UNDERLYING HEARING OF APRIL 23, 2025 IS CANCELED. (pf) (Entered: 03/28/2025) |
| 03/28/2025 | | <u>121</u> | Endorsed Order dated 3/28/2025 Re: <u>115</u> Motion filed by Debtor Kyra Isabel Nelson to Withdraw <u>90</u> Objection to Claim 1−2 of Claimant U.S. Department of Education. SO NOTED; THE UNDERLYING HEARING OF 04/23/25 IS CANCELED. (pf) (Entered: 03/28/2025) |
| 03/28/2025 | | <u>122</u> | Endorsed Order dated 3/28/2025 Re: <u>116</u> Motion filed by Debtor Kyra Isabel Nelson to Withdraw <u>95</u> Reply to <u>89</u> Trustee's Objection to Homestead Exemption. SO NOTED; SEE ALSO ORDERS OF EVEN DATE. (pf) (Entered: 03/28/2025) |
| 03/30/2025 | | <u>123</u> | BNC Certificate of Mailing − PDF Document. (Re: <u>120</u> Order on Objection to Exemptions) Notice Date 03/30/2025. (Admin.) (Entered: 03/31/2025) |
| 03/30/2025 | | <u>124</u> | BNC Certificate of Mailing − PDF Document. (Re: <u>121</u> Order on Motion to Withdraw Document) Notice Date 03/30/2025. (Admin.) (Entered: 03/31/2025) |
| 03/30/2025 | | <u>125</u> | BNC Certificate of Mailing − PDF Document. (Re: <u>122</u> Order on Motion to Withdraw Document) Notice Date 03/30/2025. (Admin.) (Entered: 03/31/2025) |
| 03/31/2025 | | <u>126</u> | Adversary case 25−04012. Complaint by Kyra I. Nelson against Wells Fargo Bank, NA. Fee Amount $0.00. (Attachments: # <u>1</u> Adversary Proceeding Cover Sheet) Nature of Suit (21 (Validity, priority or extent of lien or other interest in property)), (72 (Injunctive relief − other)), (91 (Declaratory judgment)). (ab) (Entered: 03/31/2025) |
| 04/02/2025 | | <u>127</u> | Endorsed Order dated 4/2/2025 Re: <u>64</u> Motion filed by Debtor Kyra Isabel Nelson to Amend Chapter 13 Plan [Re: <u>63</u> Second Amended Chapter 13 Plan]. MOOT. SEE AMENDED CHAPTER 13 PLAN FILED MARCH 26, 2025. (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | | Hearing Held Re: <u>26</u> Chapter 13 Trustee's Motion for Order Dismissing Case. (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | <u>128</u> | Proceeding Memorandum and Order dated 4/2/2025 Re: <u>26</u> Chapter 13 Trustee's Motion for Order Dismissing Case. WITHDRAWN IN OPEN COURT. (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | | Hearing Held Re: <u>61</u> Objection to Claim 3 of Claimant Wells Fargo Bank, N.A.. filed by Debtor Kyra Isabel Nelson. (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | <u>129</u> | DISREGARD. Order dated 4/2/2025 Re: <u>61</u> Objection to Claim 3 of Claimant Wells Fargo Bank, N.A. filed by Debtor Kyra Isabel Nelson. OVERRULED. See Order for Full Text. (pf) CORRECTIVE ENTRY: |

| | | | |
|---|---|---|---|
| | | | Disregard − see order at docket #130. (pf). (Entered: 04/02/2025) |
| 04/02/2025 | | 130 | Order dated 4/2/2025 Re: 61 Objection to Claim 3 of Claimant Wells Fargo Bank, N.A. filed by Debtor Kyra Isabel Nelson.  OVERRULED. See Order for Full Text. (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | | Hearing Held Re: 31 Motion filed by Creditor Wells Fargo Bank, N.A. for Relief from Stay in Rem Re: 65 Lovers Lane, Groton, MA. (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | 131 | Order dated 4/2/2025 Re: 31 Motion filed by Creditor Wells Fargo Bank, N.A. for Relief from Stay and for in Rem Relief (Re: 65 Lovers Lane, Groton, MA). GRANTED IN PART. See Order for Full Text. (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | 132 | Request for a Certified Copy. Fee Amount $24. (Re: 130 Order on Objection to Claim, 131 Order on Motion For Relief From Stay) filed by Creditor Wells Fargo Bank, N.A. (Pratt, Marcus) (Entered: 04/02/2025) |
| 04/02/2025 | | | Receipt of filing fee for Request for Certification( 24−41202) [misc,reqcert] ( 24.00). Receipt Number A20903824, amount $ 24.00 (re: Doc# 132) (U.S. Treasury) (Entered: 04/02/2025) |
| 04/02/2025 | | 133 | Court Certificate of Mailing (Re: 132 Request for Certifications filed by Creditor Wells Fargo Bank, N.A.) (pf) (Entered: 04/02/2025) |
| 04/02/2025 | | | Transcript Requested by Kyra Isabel Nelson, Pro Se Debtor. Transcriptionist awaiting payment. (Janice Russell Transcripts) (Entered: 04/02/2025) |
| 04/03/2025 | | | Transcript Ordered and Acknowledged. Requested by Kyra Isabel Nelson, Pro Se Debtor and payment received. The expected completion date is 04/03/2025. (Janice Russell Transcripts) (Entered: 04/03/2025) |
| 04/03/2025 | | 134 | An official transcript (RE: Hearing Held re: [#26] Chapter 13 Trustee's Motion for Order Dismissing Case and [#31] Motion of Wells Fargo Bank, N.A. for Relief from Stay In Rem (re: 65 Lovers Lane, Groton, MA) heard on 04/02/25 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 04/24/2025 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 07/3/2025. (Janice Russell Transcripts) (Entered: 04/03/2025) |
| 04/04/2025 | | 135 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90−day period. (ADI) (Entered: 04/04/2025) |
| 04/04/2025 | | 136 | BNC Certificate of Mailing − PDF Document. (Re: 127 Order on Motion to Amend) Notice Date 04/04/2025. (Admin.) (Entered: 04/05/2025) |
| 04/04/2025 | | 137 | BNC Certificate of Mailing − PDF Document. (Re: 128 Order on Chapter 13 Trustee's Motion to Dismiss Case) Notice Date 04/04/2025. (Admin.) |

| | | | |
|---|---|---|---|
| | | | (Entered: 04/05/2025) |
| 04/04/2025 | | 138 | BNC Certificate of Mailing − PDF Document. (Re: 130 Order on Objection to Claim) Notice Date 04/04/2025. (Admin.) (Entered: 04/05/2025) |
| 04/04/2025 | | 139 | BNC Certificate of Mailing − PDF Document. (Re: 131 Order on Motion For Relief From Stay) Notice Date 04/04/2025. (Admin.) (Entered: 04/05/2025) |
| 04/06/2025 | | 140 | BNC Certificate of Mailing − Notice (Re: 135 Notice of Filing of Official Transcript) Notice Date 04/06/2025. (Admin.) (Entered: 04/07/2025) |
| 04/11/2025 | | 141 | Motion filed by Debtor Kyra Isabel Nelson for Rehearing and Reconsideration of (130 Order Overruling 61 Debtor's Objection to Claim 3 of Claimant Wells Fargo Bank, N.A.) with certificate of service. (pf) (Entered: 04/14/2025) |
| 04/11/2025 | | 142 | Motion filed by Debtor Kyra Isabel Nelson for Rehearing and Reconsideration of (131 Order on Motion For Relief From Stay) and Reinstating the Automatic Stay Provisions with certificate of service. (pf) (Entered: 04/14/2025) |
| 04/14/2025 | | 143 | Endorsed Order dated 4/14/2025 Re: 141 Motion filed by Debtor Kyra Isabel Nelson for Rehearing and Reconsideration of 130 Order Overruling 61 Debtor's Objection to Claim 3 of Claimant Wells Fargo Bank, N.A. DENIED. (pf) (Entered: 04/14/2025) |
| 04/14/2025 | | 144 | Endorsed Order dated 4/14/2025 Re: 142 Motion filed by Debtor Kyra Isabel Nelson for Rehearing and Reconsideration of (131 Order on Motion For Relief From Stay) and Reinstating the Automatic Stay Provisions. DENIED. (pf) (Entered: 04/14/2025) |
| 04/16/2025 | | 145 | BNC Certificate of Mailing − PDF Document. (Re: 143 Order on Motion To Reconsider) Notice Date 04/16/2025. (Admin.) (Entered: 04/17/2025) |
| 04/16/2025 | | 146 | BNC Certificate of Mailing − PDF Document. (Re: 144 Order on Motion To Reconsider) Notice Date 04/16/2025. (Admin.) (Entered: 04/17/2025) |
| 04/17/2025 | | 147 | Objection to Confirmation of Plan with certificate of service (RE: 117 Amended Chapter 13 Plan) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H)(Pratt, Marcus) (Entered: 04/17/2025) |
| 04/17/2025 | | 148 | Motion filed by Creditor Wells Fargo Bank, N.A. to Cancel Hearing [Re: 93 Objection to Confirmation of the Plan] with certificate of service. (Pratt, Marcus) (Entered: 04/17/2025) |
| 04/18/2025 | | 149 | Endorsed Order dated 4/18/2025 Re: 88 Trustee's Objection to Confirmation of the Second Amended Chapter 13 Plan filed by Trustee David A. Mawhinney−Ch13.  MOOT. SEE FURTHER AMENDED CHAPTER 13 PLAN FILED MARCH 26, 2025. THE HEARING SET FOR APRIL 23, 2025 IS CANCELED. (pf) (Entered: 04/18/2025) |
| 04/18/2025 | | 150 | Endorsed Order dated 4/18/2025 Re: 93 Objection to Confirmation of the Amended Chapter 13 Plan filed by Creditor Wells Fargo Bank, N.A. MOOT. SEE FURTHER AMENDED CHAPTER 13 PLAN FILED |

| | | | |
|---|---|---|---|
| | | | MARCH 26, 2025. THE HEARING SET FOR APRIL 23, 2025 IS CANCELED. (pf) (Entered: 04/18/2025) |
| 04/20/2025 | | 151 | BNC Certificate of Mailing − PDF Document. (Re: 149 Order on Trustee's Objection to Confirmation of Plan) Notice Date 04/20/2025. (Admin.) (Entered: 04/21/2025) |
| 04/20/2025 | | 152 | BNC Certificate of Mailing − PDF Document. (Re: 150 Order on Objection to Confirmation of Plan) Notice Date 04/20/2025. (Admin.) (Entered: 04/21/2025) |
| 04/21/2025 | | 153 | Notice of Appeal and Statement of Election to District Court. Fee Amount $298 Filed by Debtor Kyra Isabel Nelson (RE: 131 Order on Motion For Relief From Stay and 144 Endorsed Order dated 4/14/2025 Re: 142 Motion filed by Debtor Kyra Isabel Nelson for Rehearing and Reconsideration of (131 Order on Motion For Relief From Stay) and Reinstating the Automatic Stay Provisions.). Appellant Designation due by 5/5/2025. Compiled Records Due by 5/19/2025. Transmission of Designation Due by 5/21/2025. (Attachments: # 1 appealed order)(ag) (Entered: 04/21/2025) |
| 04/21/2025 | | 154 | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel. Fee Amount $298 Filed by Debtor Kyra Isabel Nelson (RE: 130 Order on Objection to Claim, 143 Order on Motion To Reconsider). Appellant Designation due by 5/5/2025. Compiled Records Due by 5/19/2025. Transmission of Designation Due by 5/21/2025. (Attachments: # 1 Order #130 # 2 Order #143) (meh, Usbc) (Entered: 04/21/2025) |
| 04/21/2025 | | 155 | Notice of Appeal to Bankruptcy Appellate Panel Re: 154 Notice of Appeal and Statement of Election filed by Debtor Kyra Isabel Nelson. (meh, Usbc) (Entered: 04/21/2025) |
| 04/21/2025 | | 156 | Notice of Appeal to District Court (Re: 153 Notice of Appeal and Statement of Election filed by Debtor Kyra Isabel Nelson). (ag) (Entered: 04/21/2025) |
| 04/21/2025 | | 157 | Clerk's Notice of Fees Due Re: 154 Notice of Appeal and Statement of Election filed by Debtor Kyra Isabel Nelson. Fee due by 5/5/2025 (meh, Usbc) (Entered: 04/21/2025) |
| 04/21/2025 | | 158 | Initial Transmittal to BAP Re: 154 Notice of Appeal and Statement of Election filed by Debtor Kyra Isabel Nelson. (meh, Usbc) (Entered: 04/21/2025) |
| 04/21/2025 | | 159 | Initial Transmittal to District Court (Re: 153 Notice of Appeal and Statement of Election filed by Debtor Kyra Isabel Nelson). (ag) (Entered: 04/21/2025) |
| 04/21/2025 | | 160 | Clerk's Notice of Fees Due (Re: 153 Notice of Appeal and Statement of Election filed by Debtor Kyra Isabel Nelson). Fee due by 5/5/2025. (ag) (Entered: 04/21/2025) |
| 04/22/2025 | | 161 | Court Certificate of Mailing (Re: 155 Notice of Appeal to BAP, 156 Notice of Appeal to District Court, 157 Clerk's Notice of Fees Due and 160 Clerk's Notice of Fees Due). (pf) (Entered: 04/22/2025) |
| 04/22/2025 | | | Notice of Docketing Record on Appeal to District Court. Case Number: 25−11057 Re: 153 Notice of Appeal and Statement of Election to District |

| | | | |
|---|---|---|---|
| | | | Court filed by Debtor Kyra Isabel Nelson (Re: 131 Order on Motion For Relief From Stay and 144 Endorsed Order dated 4/14/2025 Re: 142 Motion filed by Debtor Kyra Isabel Nelson for Rehearing and Reconsideration of (131 Order on Motion For Relief From Stay) and Reinstating the Automatic Stay Provisions). (sas) (Entered: 04/22/2025) |
| 04/22/2025 | | 162 | TELEPHONIC Hearing Scheduled on 5/7/2025 at 10:30 AM Re: 147 Objection of Wells Fargo Bank, NA to Confirmation of Third Amended Chapter 13 Plan (spr) (Entered: 04/22/2025) |
| 04/22/2025 | | 163 | Endorsed Order dated 4/22/2025 Re: 148 Motion filed by Creditor Wells Fargo Bank, N.A. to Cancel Hearing [Re: 93 Objection to Confirmation of the Plan]. MOOT; SEE ORDER OF 04/18/25 (DOCKET ENTRY #150). (pf) (Entered: 04/22/2025) |
| 04/23/2025 | | | Notice of Docketing Record on Appeal to BAP. Case Number: 25−0006 Re: 154 Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel filed by Debtor Kyra Isabel Nelson (Re: 130 Order on Objection to Claim and 143 Order on Motion To Reconsider). (sas) (Entered: 04/23/2025) |
| 04/23/2025 | | 164 | Certificate of Service of Notice of Hearing (Re: 147 Objection to Confirmation of the Plan) filed by Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Notice of Hearing) (Pratt, Marcus) (Entered: 04/23/2025) |
| 04/23/2025 | | 165 | BNC Certificate of Mailing − Notice (Re: 157 Clerk's Notice of Fees Due) Notice Date 04/23/2025. (Admin.) (Entered: 04/24/2025) |
| 04/23/2025 | | 166 | BNC Certificate of Mailing − Notice (Re: 160 Clerk's Notice of Fees Due) Notice Date 04/23/2025. (Admin.) (Entered: 04/24/2025) |
| 04/28/2025 | | 167 | Response with certificate of service filed by Debtor Kyra Isabel Nelson Re: 147 Objection to Confirmation of the Amended Plan filed by Creditor Wells Fargo Bank, N.A. (pf) (Entered: 04/28/2025) |
| 04/29/2025 | | 168 | Order for Transfer of Appeal to U.S. District Court By Bankruptcy Appellate Panel Judges Finkle, Re: BAP Number: 25−006 Re: 154 Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel filed by Debtor Kyra Isabel Nelson (Re: 130 Order on Objection to Claim and 143 Order on Motion To Reconsider). (sas) (Entered: 04/30/2025) |
| 04/30/2025 | | | Notice of Docketing Record on Appeal to District Court. Case Number: 25−11178 Re: 154 Notice of Appeal and Statement of Election filed by Debtor Kyra Isabel Nelson. (sas) (Entered: 04/30/2025) |
| 05/02/2025 | | | Receipt of Appeal in Bankruptcy Filing Fee − $298.00 by AG. Receipt Number 31000216. (adi) (Entered: 05/05/2025) |
| 05/02/2025 | | | Receipt of Appeal in Bankruptcy Filing Fee − $298.00 by AG. Receipt Number 31000217. (adi) (Entered: 05/05/2025) |
| 05/07/2025 | | 169 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Kyra Isabel Nelson (RE: 153 Notice of Appeal and Statement of Election). Appellee designation due by 5/21/2025. (pf) (Entered: 05/07/2025) |
| 05/07/2025 | | 170 | |

| | | | |
|---|---|---|---|
| | | | Statement of Issues Filed by Debtor Kyra Isabel Nelson (RE: 153 Notice of Appeal and Statement of Election). (pf) (Entered: 05/07/2025) |
| 05/07/2025 | | 171 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Kyra Isabel Nelson (RE: 154 Notice of Appeal and Statement of Election). Appellee designation due by 5/21/2025. (pf) (Entered: 05/07/2025) |
| 05/07/2025 | | 172 | Statement of Issues Filed by Debtor Kyra Isabel Nelson (RE: 154 Notice of Appeal and Statement of Election). (pf) (Entered: 05/07/2025) |
| 05/07/2025 | | | Hearing Held Re: 147 Objection to Confirmation of Third Amended Chapter 13 Plan filed by Creditor Wells Fargo Bank, N.A. (pf) (Entered: 05/07/2025) |
| 05/07/2025 | | 173 | Proceeding Memorandum and Order dated 5/7/2025 Re: 147 Objection to Confirmation of Third Amended Chapter 13 Plan filed by Creditor Wells Fargo Bank, N.A. OVERRULED. WELLS FARGO BANK, N.A. HAS NOT CITED TO ANY LAW THAT WOULD REQUIRE THE DEBTOR TO INCLUDE THE CLAIM OF WELLS FARGO BANK, N.A. IN THE DEBTOR'S CHAPTER 13 PLAN. HOWEVER, THE COURT NOTES THAT THE COURT OVERRULED THE DEBTOR'S OBJECTION TO THE PROOF OF CLAIM FILED BY WELLS FARGO BANK, N.A. AND HAS RULED THAT WELLS FARGO BANK, N.A. HAS AN ALLOWED PROTECTIVE SECURED CLAIM WITH RESPECT TO ITS MORTGAGE ON 65 LOVERS LANE IN GROTON, MASSACHUSETTS (THE "PROPERTY") [DOCKET #130]. BECAUSE WELLS FARGO BANK, NA'S CLAIM IS NOT PROVIDED FOR BY THE DEBTOR'S CHAPTER 13 PLAN, CONFIRMATION OF THE PLAN WOULD NOT AFFECT THE VALIDITY OF WELLS FARGO BANK, N.A.'S SECURED CLAIM PURSUANT TO 11 U.S.C. § 1327. See In re Bowman, 649 B.R. 541, 554−55 (Bankr. N.D. Cal. 2021), aff'd, 630 F. Supp. 3d 1216 (N.D. Cal. 2022). FURTHERMORE,NOTHING IN THIS ORDER AFFECTS WELLS FARGO BANK, NA'S IN REM RIGHTS IN THE PROPERTY OR WELLS FARGO BANK, NA'S RIGHT TO PROCEED TO ENFORCE IT'S NONBANKRUPTCY RIGHTS REGARDING THE PROPERTY IN LIGHT OF THE COURT'S ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY [DOCKET #131]. THE REQUEST TO BAR THE DEBTOR FROM FURTHER PRO SE FILINGS IS  DENIED WITHOUT PREJUDICE. (pf) (Entered: 05/07/2025) |
| 05/08/2025 | | | Transcript Requested by Kyra Nelson, Debtor. Transcriptionist awaiting payment upon completion of transcript. (Janice Russell Transcripts) (Entered: 05/08/2025) |
| 05/08/2025 | | | Transcript Ordered and Acknowledged. Requested by Kyra Isabel Nelson, Pro Se Debtor and payment received. The expected completion date is 5/8/2025. (Janice Russell Transcripts) (Entered: 05/08/2025) |
| 05/08/2025 | | 174 | An official transcript (RE: 162 TELEPHONIC Hearing Scheduled Re: 147 Objection of Wells Fargo Bank, NA to Confirmation of Third Amended Chapter 13 Plan (spr) heard on 05/07/25 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 05/29/2025 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 08/7/2025. (Janice Russell Transcripts) (Entered: 05/08/2025) |

| | | | |
|---|---|---|---|
| 05/09/2025 | | <u>175</u> | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90−day period. (ADI) (Entered: 05/09/2025) |
| 05/09/2025 | | <u>176</u> | BNC Certificate of Mailing − PDF Document. (Re: <u>173</u> Order on Objection to Confirmation of Plan) Notice Date 05/09/2025. (Admin.) (Entered: 05/10/2025) |
| 05/11/2025 | | <u>177</u> | BNC Certificate of Mailing − Notice (Re: <u>175</u> Notice of Filing of Official Transcript) Notice Date 05/11/2025. (Admin.) (Entered: 05/12/2025) |
| 05/20/2025 | | <u>178</u> | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Creditor Wells Fargo Bank, N.A. (RE: <u>153</u> Notice of Appeal and Statement of Election, <u>154</u> Notice of Appeal and Statement of Election). (McCarthy, Keith) (Entered: 05/20/2025) |
| 05/20/2025 | | <u>179</u> | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Creditor Wells Fargo Bank, N.A. (RE: <u>154</u> Notice of Appeal and Statement of Election). (McCarthy, Keith) (Entered: 05/20/2025) |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | *KYRA* | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | First name | First name |
| | *ISABEL* | |
| | Middle name | Middle name |
| | *NELSON* | |
| Bring your picture identification to your meeting with the trustee. | Last name | Last name |
| | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |

| | | |
|---|---|---|
| **2. All other names you have used in the last 8 years** | First name | First name |
| Include your married or maiden names and any assumed, trade names and *doing business as* names. | Middle name | Middle name |
| | Last name | Last name |
| Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name | First name |
| | Middle name | Middle name |
| | Last name | Last name |
| | Business name (if applicable) | Business name (if applicable) |
| | Business name (if applicable) | Business name (if applicable) |

| | | |
|---|---|---|
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _7_ _5_ _6_ _0_  <br> OR <br> **9** xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> **9** xx – xx – ___ ___ ___ ___ |

Debtor 1   _KYRA   ISABEL   NELSON_   Case number *(if known)* _____

First Name   Middle Name   Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN __ __ – __ __ __ __ __ __ __        EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __        EIN __ __ – __ __ __ __ __ __ __

**5. Where you live**

If Debtor 2 lives at a different address:

_65   Lovers Lane_

Number   Street            Number   Street

_Groton          MA  01450_

City            State   ZIP Code        City            State   ZIP Code

_Middlesex_

County            County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number   Street            Number   Street

P.O. Box            P.O. Box

City            State   ZIP Code        City            State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

_____

Debtor 1  *KYRA  ISABEL  NELSON*
First Name    Middle Name    Last Name

Case number (*if known*) _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.  Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

21

Debtor 1  *KYRA ISABEL NELSON*
First Name    Middle Name    Last Name

Case number (*if known*)_____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1   KYRA   ISABEL   NELSON                     Case number *(if known)* _____
    First Name     Middle Name     Last Name

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No
    ☐ Yes.   What is the hazard?   _____

                                              _____

    If immediate attention is needed, why is it needed?   _____

                                              _____

    Where is the property?   _____
                               Number      Street

                                              _____

                               City                           State    ZIP Code

Debtor 1  **KYRA ISABEL NELSON**
First Name   Middle Name   Last Name

Case number (*if known*)_____

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Official Form 101             **Voluntary Petition for Individuals Filing for Bankruptcy**             page 6

Debtor 1 ___KYRA_____ISABEL_NELSON___          Case number *(if known)*_____
          First Name   Middle Name   Last Name

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** **What kind of debts do you have?**

    **16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8)* as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☑ Yes. Go to line 17.

    **16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain* money for a business or investment or through the operation of the business or investment.

    ☑ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts.

    _____

---

**17.** **Are you filing under Chapter 7?**

    ☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No
    ☐ Yes

---

**18.** **How many creditors do you estimate that you owe?**

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

---

**19.** **How much do you estimate your assets to be worth?**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☑ $500,001-$1 million

    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million

    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Kyra Nelson_____          ✗ _____
   Signature of Debtor 1                          Signature of Debtor 2

Executed on _11 · 19 · 2024_          Executed on _____
     MM / DD /YYYY                              MM / DD /YYYY

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

Debtor 1  *KYRA   ISABEL   NELSON*
      First Name    Middle Name    Last Name           Case number (*if known*)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ _____    Date _____
Signature of Attorney for Debtor                          MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____
_____
City                               State      ZIP Code

Contact phone _____    Email address _____

_____
Bar number                               State

Debtor 1  *KYRA  ISABEL  NELSON*
First Name   Middle Name   Last Name

Case number *(if known)*_____

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |

**If you are represented by an attorney, you do not need to file this page.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ *Kyra Nelson*                                    ✗ _____
Signature of Debtor 1                               Signature of Debtor 2

Date  *11 · 19 · 2024*                             Date  _____
MM / DD  / YYYY                                     MM / DD / YYYY

Contact phone *(417) · 821 · 2341*                 Contact phone _____

Cell phone _____                          Cell phone _____

Email address *kyra·nelson5@*                       Email address _____
              *gmail·com*

Certificate Number: 14751-MA-CC-039088525



14751-MA-CC-039088525

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 20, 2024</u>, at <u>9:54</u> o'clock <u>PM PST</u>, <u>KYRA I NELSON</u> received from <u>$$$$$$0$ BK Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Massachusetts</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 20, 2024</u>          By:      <u>/s/AMEY AIONO</u>

                                                          Name:   <u>AMEY AIONO</u>

                                                          Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

United States Bankruptcy Court

District of Massachusetts

In re                                                  Case No

                                                      Chapter  13

    KYRA NELSON
        Debtor


### VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of
Creditors, which consists of ___1___ pages and a total of ___2___ creditors, is true, correct
and complete to the best of my knowledge.

Date: 11·21·2024                    _____
                                              Debtor


                                    _____
                                          Joint Debtor

## Master Mailing List

Bradley R. Nelson

123 Central Ave.

Ayer, MA 01432

Edfinancial Services

P.O. Box 36008

Knoxville, TN 37930-6008

Fill in this information to identify your case and this filing:

Debtor 1 _KYRA_ _ISABEL_ _NELSON_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _WORC._ District of _MA_

Case number _24 - 41202_

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. _65 Lovers Lane_
Street address, if available, or other description

_Groton_    _MA_ _01450_
City    State    ZIP Code

_Middlesex_
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ _874,000_

Current value of the portion you own? $ _874,000_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_fee simple_

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ _____

Current value of the portion you own? $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1 **KYRA ISABEL NELSON**
First Name  Middle Name  Last Name

Case number (if known) **24-41202**

| 1.3. | | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

City  State  ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

**Who has an interest in the property?** Check one.

County

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................... → $ **874,000**

---

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☑ No
☐ Yes

3.1. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

If you own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

---

Debtor 1    KYRA   ISABEL   NELSON
    First Name    Middle Name    Last Name       Case number (if known)   24-41202

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

---

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- [ ] No
- [ ] Yes

---

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

---

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

---

**5.** **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................... → $ _____0_____

---

Debtor 1  **KYRA   ISABEL   NELSON**

First Name    Middle Name    Last Name

Case number *(if known)*  **24-41202**

---

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... *appliances, furniture, linens, kitchen goods*   $ 500

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... *television, computer, printer*   $ 500

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe......... *artwork, memorabilia*   $ 250

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe......... *bicycle, free weights, craft tools*   $ 200

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........   $ 0

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☐ Yes. Describe......... *everyday clothing, shoes, handbags*   $ 1000

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe......... *everyday jewelry, heirloom jewelry*   $ 300

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe......... *Domestic shorthair cat*   $ 10

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ...........   $ 0

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........  →   $ 2760

Debtor 1  KYRA  N. ISABEL  NELSON
    First Name    Middle Name    Last Name           Case number *(if known)*  24-41202

---

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ............................................................................................................  Cash: .................. $ _300_

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Capital One Checking | $ 5.86 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | Capital One Savings | $ $1200 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ................

Institution or issuer name:

_____  $ _____
_____  $ _____
_____  $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them..........................

Name of entity:

| | % of ownership: | |
|---|---|---|
| _____ | 0% % | $ _____ |
| _____ | 0% % | $ _____ |
| _____ | 0% % | $ _____ |

---

Debtor 1  KYRA  ISABEL  NELSON
 First Name   Middle Name   Last Name

Case number *(if known)*  24-41202

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them.....................

Issuer name:

_____  $_____

_____  $_____

_____  $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes...........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes...........................

Issuer name and description:

_____  $_____

_____  $_____

_____  $_____

---

Debtor 1    KYRA    ISABEL    NELSON    Case number (if known) 24-41202

     First Name     Middle Name     Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____ $_____

_____ $_____

_____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them.... [                                    ]  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them.... [                                    ]  $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them.... [                                    ]  $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ......................

    Federal:  $_____

    State:  $_____

    Local:  $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

    Alimony:  $_____

    Maintenance:  $_____

    Support:  $_____

    Divorce settlement:  $_____

    Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..............  $_____

Debtor 1  KYRA  ISABEL  NELSON

First Name  Middle Name  Last Name  Case number *(if known)* 24-41202

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Allstate | Kyra Nelson | $ 732,045 |
| | Bradley R. Nelson | $ |
| | | $ |

**32. Any interest in property that is due from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............. | $ |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .................... | $ |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim. ................. | unlawful foreclosure | $ N/A |

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............. | $ |

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................... → $ 1505.86

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe...... | $ |

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe...... | $ |

38

Debtor 1   KYRA   ISABEL   NELSON

First Name    Middle Name    Last Name        Case number (if known)  24-41202

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe....... $_____

41. **Inventory**

☐ No
☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe....... Name of entity:                                    % of ownership:

_____ _____% $_____
_____ _____% $_____
_____ _____% $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe........ $_____

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
information .........   _____ $_____
_____ $_____
_____ $_____
_____ $_____
_____ $_____
_____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................  → $ 0

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes ......................   $ 0

Debtor 1    KYRA   ISABEL   NELSON
First Name    Middle Name    Last Name

Case number (if known)   24-41202

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
information. ............    $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.....................    $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.....................    $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information. ............    $_____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ...................................................... →    $ 0

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information. ............    $_____
    $_____
    $_____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ...................... →    $ 0

---

**Part 8:    List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** .......................................................... →    $ 874,000

**56. Part 2: Total vehicles, line 5**    $ 0

**57. Part 3: Total personal and household items, line 15**    $ 2760

**58. Part 4: Total financial assets, line 36**    $ 1505.86

**59. Part 5: Total business-related property, line 45**    $ 0

**60. Part 6: Total farm- and fishing-related property, line 52**    $ 0

**61. Part 7: Total other property not listed, line 54**    + $ 0

**62. Total personal property.** Add lines 56 through 61. ...................    $ 4265.86    Copy personal property total →    + $ 4265.86

**63. Total of all property on Schedule A/B.** Add line 55 + line 62. ..................................................    $ 878,265.86

---

Official Form 106A/B    Schedule A/B: Property    page **10**

40

**Fill in this information to identify your case:**

Debtor 1 _KYRA_ _ISABEL_ _NELSON_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _WORC_ District of _MA_

Case number _24-41202_
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---------|-------------------------------------------|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _65 Lovers Lane_<br>Line from *Schedule A/B*: _1.1_ | $ _874,000_ | ☑ $ _500,000_<br>☐ 100% of fair market value, up to any applicable statutory limit | _GLC 188 § 1,1a_ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☑ Yes

Debtor 1    KYRA    ISABEL    NELSON                    Case number (if known)  24-41202
            First Name    Middle Name    Last Name

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B*: ____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1    KYRA      ISABEL      NELSON
            First Name    Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name      Last Name

United States Bankruptcy Court for the: WDRC District of MA

Case number  24-41202
(If known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**  BRADLEY R. NELSON
Creditor's Name

123 Central Ave
Number      Street

Ayer      MA      01432
City            State    ZIP Code

**Describe the property that secures the claim:**

45 Lovers Lane

$499,000 | $874,000 | $375,000

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  12.26.23

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**
Creditor's Name

Number      Street

City            State    ZIP Code

**Describe the property that secures the claim:**

$_____ | $_____ | $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $499,000 |
|---|---|

Debtor 1 __KYRA  ISABEL  NELSON_____      Case number *(if known)* __24 - 41202__

First Name    Middle Name    Last Name

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|

---

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code _____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$ _____    $ _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code _____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$ _____    $ _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code _____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$ _____    $ _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 499,000

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 499,000

Debtor 1   **KYRA  ISABEL  NELSON**
First Name      Middle Name      Last Name

Case number *(if known)* **24 - 41202**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name

Number    Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number    Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number    Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number    Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number    Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number    Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Official Form 106D        Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**        page **3** of **3**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | _KYRA_  _ISABEL_  _NELSON_ |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: _WORC_ District of _MA_

Case number _24-41202_
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____

Priority Creditor's Name

_____
Number        Street

_____

_____
City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** _____

Priority Creditor's Name

_____
Number        Street

_____

_____
City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 1 of _6_

46

Debtor 1  KYRA   ISABEL   NELSON

First Name   Middle Name   Last Name

Case number (if known) 24-41202

---

**Part 1:** **Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | $_____ | $_____ | $_____ |

Number    Street

**When was the debt incurred?**  _____

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | $_____ | $_____ | $_____ |

Number    Street

**When was the debt incurred?**  _____

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | $_____ | $_____ | $_____ |

Number    Street

**When was the debt incurred?**  _____

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor 1  KYRA  ISABEL  NELSON                                            Case number (if known) 24-41202
          First Name   Middle Name   Last Name

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**  EdFinancial Services
Nonpriority Creditor's Name                    Last 4 digits of account number  3 9 0 6        $16458.05

P.O. Box 36008
Number        Street                           When was the debt incurred?  09-01-2016

Knoxville,            TN   37930
City                    State   ZIP Code        As of the date you file, the claim is: Check all that apply.

**Who incurred the debt?** Check one.             ☐ Contingent
☑ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim?**
                                                 ☑ Student loans
☐ Check if this claim is for a community debt     ☐ Obligations arising out of a separation agreement or divorce
                                                    that you did not report as priority claims
**Is the claim subject to offset?**               ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No                                              ☐ Other. Specify _____
☐ Yes

**4.2**
Nonpriority Creditor's Name                    Last 4 digits of account number ___ ___ ___ ___   $_____

                                               When was the debt incurred?  _____
Number        Street

City                    State   ZIP Code        As of the date you file, the claim is: Check all that apply.

**Who incurred the debt?** Check one.             ☐ Contingent
☐ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim?**
                                                 ☐ Student loans
☐ Check if this claim is for a community debt     ☐ Obligations arising out of a separation agreement or divorce
                                                    that you did not report as priority claims
**Is the claim subject to offset?**               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                              ☐ Other. Specify _____
☐ Yes

**4.3**
Nonpriority Creditor's Name                    Last 4 digits of account number ___ ___ ___ ___   $_____

                                               When was the debt incurred?  _____
Number        Street

City                    State   ZIP Code        As of the date you file, the claim is: Check all that apply.

**Who incurred the debt?** Check one.             ☐ Contingent
☐ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim?**
                                                 ☐ Student loans
☐ Check if this claim is for a community debt     ☐ Obligations arising out of a separation agreement or divorce
                                                    that you did not report as priority claims
**Is the claim subject to offset?**               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                              ☐ Other. Specify _____
☐ Yes

Debtor 1    KYRA   ISABEL   NELSON
     First Name      Middle Name      Last Name

Case number *(if known)* 24-41202

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

___

Nonpriority Creditor's Name

Number      Street

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$___

---

Nonpriority Creditor's Name

Number      Street

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$___

---

Nonpriority Creditor's Name

Number      Street

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$___

Debtor 1  KYRA  ISABEL  NELSON

First Name     Middle Name     Last Name

Case number (if known) 24-41202

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Name

Number    Street

City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1   KYRA  ISABEL  NELSON
First Name   Middle Name   Last Name

Case number (if known) 24-41202

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

Total claim

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 0 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0 |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 0 |

Total claim

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ 16458.05 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 0 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 16458.05 |

Fill in this information to identify your case:

Debtor __KYRA____ __ISABEL___ __NELSON__
First Name        Middle Name        Last Name

Debtor 2
(Spouse if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: __WORC__ District of __MA__

Case number __24-41202__
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
   example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and
   unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.2 | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.3 | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.4 | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.5 | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |

Debtor 1    KYRA  ISABEL  NELSON

First Name    Middle Name    Last Name

Case number (if known) 24-41202

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2**

Name

Number    Street

City    State    ZIP Code

**2._**

Name

Number    Street

City    State    ZIP Code

**2._**

Name

Number    Street

City    State    ZIP Code

**2._**

Name

Number    Street

City    State    ZIP Code

**2._**

Name

Number    Street

City    State    ZIP Code

**2._**

Name

Number    Street

City    State    ZIP Code

**2._**

Name

Number    Street

City    State    ZIP Code

**2._**

Name

Number    Street

City    State    ZIP Code

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page 2 of 2

Fill in this information to identify your case:

Debtor 1　　KYRA　　ISABEL　　NELSON
　　　　　　　First Name　　Middle Name　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: WORC District of MA

Case number　24-41202
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   　　☐ No
   　　☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number　　Street

   _____
   City　　　　　　　State　　　　ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

| 3.1 | | |
|---|---|---|
| _____ | | ☐ Schedule D, line _____ |
| Name | | ☐ Schedule E/F, line _____ |
| _____ | | ☐ Schedule G, line _____ |
| Number　Street | | |
| _____ | | |
| City　State　ZIP Code | | |

| 3.2 | | |
|---|---|---|
| _____ | | ☐ Schedule D, line _____ |
| Name | | ☐ Schedule E/F, line _____ |
| _____ | | ☐ Schedule G, line _____ |
| Number　Street | | |
| _____ | | |
| City　State　ZIP Code | | |

| 3.3 | | |
|---|---|---|
| _____ | | ☐ Schedule D, line _____ |
| Name | | ☐ Schedule E/F, line _____ |
| _____ | | ☐ Schedule G, line _____ |
| Number　Street | | |
| _____ | | |
| City　State　ZIP Code | | |

Debtor 1    KYRA    ISABEL    NELSON        Case number *(if known)* 24-41202

First Name    Middle Name    Last Name

**Additional Page to List More Codebtors**

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

3.___

Name _____

Number    Street

City        State        ZIP Code

❏ Schedule D, line _____
❏ Schedule E/F, line _____
❏ Schedule G, line _____

Fill in this information to identify your case:

Debtor 1    KYRA    ISABEL    NELSON
             First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   WORL   District of   MA

Case number   24-41202
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:

   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Nonprofit Research Assistant | |
| **Employer's name** | Capital Market Resources | |
| **Employer's address** | 997 Summer Place<br>Number   Street | Number   Street |
| | Anderson SC 29420<br>City   State   ZIP Code | City   State   ZIP Code |
| **How long employed there?** | 1 month | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4000 | $ |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0 | +$ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 4000 | $ |

**Fill in this information to identify your case:**

Debtor 1    KYRA    ISABEL    NELSON
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WORC District of MA

Case number    24-41202
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Marketing Associate, Office Administrator | _____ |
| **Employer's name** | 123 Central LLC | _____ |
| **Employer's address** | 123 Central Ave<br>Number  Street | _____<br>Number  Street |
|  | Ayer   MA   01432<br>City   State   ZIP Code | _____<br>City   State   ZIP Code |
| **How long employed there?** | 1 year | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4000 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0 | +$_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 4000 | $_____ |

Official Form 106I                     Schedule I: Your Income                     page 2 of 3

Debtor 1    KYRA ISABEL NELSON

First Name    Middle Name    Last Name

Case number (if known)   24-41202

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................... → 4. | $ 4000 | $ |

**5. List all payroll deductions.**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $ |
| 5e. Insurance | 5e. | $ 0 | $ |
| 5f. Domestic support obligations | 5f. | $ 0 | $ |
| 5g. Union dues | 5g. | $ 0 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0 | + $ |

**6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 0    $

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 4000    $

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ 0    $

8b. **Interest and dividends**    8b.   $ 0    $

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ 0    $

8d. **Unemployment compensation**    8d.   $ 0    $

8e. **Social Security**    8e.   $ 0    $

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.   $ 0    $

8g. **Pension or retirement income**    8g.   $ 0    $

8h. **Other monthly income. Specify:** _____    8h.   + $ 0    + $

**9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0    $

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 4000   +   $   =   $

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify:   N/A    11.   + $ 0

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 4000

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   More regular and consistent work

Official Form 106I    **Schedule I: Your Income**    page 3 of 3

**Fill in this information to identify your case:**

Debtor 1    KYRA    ISABEL    NELSON
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2
(Spouse, if filing) First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the: WORC District of MA

Case number   24-41202
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
　 expenses as of the following date:

＿＿＿＿＿＿＿
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　☐ No
   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                                each dependent............

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| ＿＿＿＿＿＿＿＿ | ＿＿＿ | ☐ No  ☐ Yes |
| ＿＿＿＿＿＿＿＿ | ＿＿＿ | ☐ No  ☐ Yes |
| ＿＿＿＿＿＿＿＿ | ＿＿＿ | ☐ No  ☐ Yes |
| ＿＿＿＿＿＿＿＿ | ＿＿＿ | ☐ No  ☐ Yes |
| ＿＿＿＿＿＿＿＿ | ＿＿＿ | ☐ No  ☐ Yes |
| ＿＿＿＿＿＿＿＿ | ＿＿＿ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                    4. $ 1500

   If not included in line 4:

   4a.  Real estate taxes                                    4a. $ 800
   4b.  Property, homeowner's, or renter's insurance          4b. $ 0
   4c.  Home maintenance, repair, and upkeep expenses          4c. $ 50
   4d.  Homeowner's association or condominium dues            4d. $ 0

Debtor 1    KYRA  ISABEL  NELSON
   First Name    Middle Name    Last Name            Case number (if known) 24-41202

|  |  |  | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0 |
| 6. | **Utilities:** |  |  |
| 6a. | Electricity, heat, natural gas | 6a. | $ 275 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 20 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 50 |
| 6d. | Other. Specify: _N / A_ | 6d. | $ 0 |
| 7. | **Food and housekeeping supplies** | 7. | $ 300 |
| 8. | **Childcare and children's education costs** | 8. | $ 0 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 25 |
| 10. | **Personal care products and services** | 10. | $ 25 |
| 11. | **Medical and dental expenses** | 11. | $ 0 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 100 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 10 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a. | Life insurance | 15a. | $ 0 |
| 15b. | Health insurance | 15b. | $ 0 |
| 15c. | Vehicle insurance | 15c. | $ 0 |
| 15d. | Other insurance. Specify: _N / A_ | 15d. | $ 0 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0 |
| 17. | **Installment or lease payments:** |  |  |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0 |
| 17c. | Other. Specify: _N / A_ | 17c. | $ 0 |
| 17d. | Other. Specify: _N / A_ | 17d. | $ 0 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay** on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. | $ 0 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _N / A_ | 19. | $ 0 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** |  |  |
| 20a. | Mortgages on other property | 20a. | $ 0 |
| 20b. | Real estate taxes | 20b. | $ 0 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0 |

Debtor 1    KYRA   ISABEL   NELSON
First Name   Middle Name   Last Name

Case number (if known) 24-41202

21. **Other.** Specify: ___N/A___          21.  +$ 0

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.          22a. $ 3,155

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b. $ _____

   22c. Add line 22a and 22b. The result is your monthly expenses.          22c. $ 3,155

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.          23a. $ 4000

   23b. Copy your monthly expenses from line 22c above.          23b. -$ 3,155

   23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.          23c. $ 845

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.     Explain here: My health insurance expenses, and other insurance + cost of living to rise

**Fill in this information to identify your case:**

Debtor 1    KYRA    ISABEL    NELSON
           First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WORC    District of MA

Case number    24-41202
               (If known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* .............. | $ 874,000 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* .............. | $ 4265.86 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* .............. | $ 878,265.86 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*.......... | $ 499,000 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......... | $ 0 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .......... | + $ 16458.05 |
| | **Your total liabilities** | $ 515,458.05 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ............... | $ 4000 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* ............... | $ 3,155 |

Debtor 1  KYRA  ISABEL  NELSON        Case number (if known) 24-41202

First Name    Middle Name    Last Name

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$ 4000

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

Total claim

**From Part 4 on *Schedule E/F*, copy the following:**

9a. Domestic support obligations (Copy line 6a.)   $ 0

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)   $ 0

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $ 0

9d. Student loans. (Copy line 6f.)   $ 16458.05

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ 0

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $ 0

9g. **Total.** Add lines 9a through 9f.   $ 16458.05

---

Official Form 106Sum   **Summary of Your Assets and Liabilities and Certain Statistical Information**                                        page 2 of 2

**Fill in this information to identify your case:**

Debtor 1    KYRA    ISABEL    NELSON
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WORC    District of MA

Case number    24-41202
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _Kyra Nelson_____    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date 12/04/2024    Date _____
MM / DD / YYYY    MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | KYRA ISABEL NELSON |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: WORC District of MA

Case number 24-41202
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 85 Orchard St. | From 2020 | | From ____ |
| Number   Street | To 2023 | Number   Street | To ____ |
| Belmont   MA   02478 | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From ____ | | From ____ |
| Number   Street | To ____ | Number   Street | To ____ |
| | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:  Explain the Sources of Your Income

Debtor 1   KYRA  ISABEL  NELSON

First Name   Middle Name   Last Name

Case number (if known) 24-41202

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 5000 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 3000 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 23,000 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $<br>$<br>$ | | $<br>$<br>$ |
| **For last calendar year:**<br>(January 1 to December 31, ____)<br>YYYY | | $<br>$<br>$ | | $<br>$<br>$ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____)<br>YYYY | | $<br>$<br>$ | | $<br>$<br>$ |

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page **2**

Debtor 1   KYRA   ISABEL   NELSON

First Name   Middle Name   Last Name

Case number *(if known)* 24-41202

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| BRADLEY R. NELSON | 11/20/24 | $18,576.56 | $480,423.44 | ☑ Mortgage |
| Creditor's Name | | | | ☐ Car |
| 123 Central ave. | | | | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| Ayer   MA   01432 | | | | ☐ Other _____ |
| City   State   ZIP Code | | | | |
| | | $_____ | $_____ | ☐ Mortgage |
| Creditor's Name | | | | ☐ Car |
| | | | | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| City   State   ZIP Code | | | | |
| | | $_____ | $_____ | ☐ Mortgage |
| Creditor's Name | | | | ☐ Car |
| | | | | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| City   State   ZIP Code | | | | |

---

Debtor 1 KYRA ISABEL NELSON          Case number (if known) 24-41202

First Name   Middle Name   Last Name

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number  Street | | | | |
| | | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number  Street | | | | |
| | | | | |
| City          State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number  Street | | | | |
| | | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number  Street | | | | |
| | | | | |
| City          State    ZIP Code | | | | |

---

Debtor 1 _KYRA ISABEL NELSON_ Case number (if known) _24-41202_
First Name     Middle Name     Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _KYRA I. NELSON VS. WELLS Fargo Bank N.A. (#3511)_ <br> Case number _2485CV01000_ | Injunction Hearing | Worcester Superior Court <br> Court Name <br> 225 Main St. <br> Number  Street <br> Worcester  MA 01608 <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title _KYRA I. NELSON VS. WELLS FARGO BANK N.t. (#3511)_ <br> Case number _2481CV03000_ | Injunction Hearing | Lowell Superior Court <br> Court Name <br> 370 Jackson St. <br> Number  Street <br> Lowell  MA 01852 <br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name <br><br> Number  Street <br><br> City  State  ZIP Code | | _____ | $_____ |

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name <br><br> Number  Street <br><br> City  State  ZIP Code | | _____ | $_____ |

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

Debtor 1 _KYRA_ _ISABEL_ _NELSON_____   Case number (if known) _24-41202_
          First Name    Middle Name    Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| _____ | | | $_____ |
| Number   Street | | | |
| _____ | | | |
| City     State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| Number   Street | | | |
| City     State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| Number   Street | | | |
| City     State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

Debtor 1  KYRA   ISABEL   NELSON   Case number (if known) 24 - 41202

First Name   Middle Name   Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | _____ | $_____ |
| _____ Number    Street | | _____ | $_____ |
| _____ | | | |
| _____ City    State    ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

---

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

Debtor 1  KYRA   ISABEL   NELSON
          First Name    Middle Name    Last Name

Case number (if known) 24-41202

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1  KYRA   ISABEL   NELSON
    First Name   Middle Name   Last Name       Case number (if known) 24-41202

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution | XXXX–___ ___ ___ ___ | ☐ Checking | _____ | $_____ |
| | | ☐ Savings | | |
| Number   Street | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| City        State        ZIP Code | | ☐ Other_____ | | |
| Name of Financial Institution | XXXX–___ ___ ___ ___ | ☐ Checking | _____ | $_____ |
| | | ☐ Savings | | |
| Number   Street | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| City        State        ZIP Code | | ☐ Other_____ | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☐ No |
| | | | ☐ Yes |
| Number   Street | Number   Street | | |
| City        State        ZIP Code | City      State      ZIP Code | | |

Debtor 1   KYRA  ISABEL  NELSON                          Case number (if known) 24-41202

First Name   Middle Name   Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  | ☐ No |
|  |  |  | ☐ Yes |
| Name of Storage Facility | Name |  |  |
| Number   Street | Number   Street |  |  |
| City       State    ZIP Code | City State  ZIP Code |  |  |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name |  |  | $ |
| Number   Street | Number   Street |  |  |
| City       State    ZIP Code | City          State    ZIP Code |  |  |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit |  |  |
| Number   Street | Number   Street |  |  |
| City       State    ZIP Code | City          State    ZIP Code |  |  |

---

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 10

Debtor 1  __KVRA  ISABEL  NELSON__   Case number (if known) __24-41202__
        First Name  Middle Name  Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Number  Street | Governmental unit | | _____ |
| City  State  ZIP Code | Number  Street | | |
| | City  State  ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number  Street | | ☐ On appeal |
| Case number | City  State  ZIP Code | | ☐ Concluded |

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Number  Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City  State  ZIP Code | | From _____ To _____ |

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Number  Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City  State  ZIP Code | | From _____ To _____ |

---

Official Form 107   **Statement of Financial Affairs for Individuals Filing for Bankruptcy**   page **11**